IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA J. BENFORD,

    Plaintiff,

vs.                                                      Civ. No. 00-1758 M/WWD ACE

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY d/b/a MANZANO
DEL SOL GOOD SAMARITAN VILLAGE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte* following an *in camera* inspection made in connection with an *in camera* inspection I ordered on July 13, 2001. I have now inspected certain documents submitted to me by the Defendant, and I find that certain pages from these documents should be produced to the Plaintiff.

**WHEREFORE,**

**IT IS ORDERED** that on or before August 10, 2001, the following pages from the material submitted to the Court shall be produced to the Plaintiff, to wit: Pages DEF 16296[1], 297-300, 310-319, 324-348, 358-359, 384-391, 395-396, and 405.

**IT IS FURTHER ORDERED** that on or before August 17, 2001, Defendant shall retrieve from my chambers the documents submitted for *in camera* inspection or said documents will be discarded into our paper recycling system.

                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Only the last three numbers will be used for the other pages.