IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA J. BENFORD,

    Plaintiff,

vs.                                    Civ. No. 00-1758 M/WWD ACE

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY d/b/a MANZANO
DEL SOL GOOD SAMARITAN VILLAGE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendant's Motion to Compel Payment. Defendant seeks payment of $2,334.16 which is one-half of the cost incurred in producing 21,917 copies in response to discovery demands made by Plaintiff. Defendant had told Plaintiff that the estimated cost of the copying would be $1,000.00 and that "it may be more"; and that the cost per page would be $.10. The cost per page was actually $.20. Plaintiff's argument that more was produced than was sought is not well taken. Plaintiff's counsel declined to make a documents inspection. Plaintiff agreed to pay $.10 per page for the copies, and Plaintiff received 21,917 copies. Defendant was mistaken in its estimate of the volume to be produced; however, if lesser production had been made, I almost certainly would have been looking at a motion to compel from Plaintiff. I will not penalize Defendant for trying to meet Plaintiff's broad document production demands; however I will hold Defendant to the quoted price per copy of $.10. No attorney fees will be awarded in connection with this motion. On or before November 9, 2001, Plaintiff shall reimburse Defendant in the amount of $2,191.70.

    **IT IS SO ORDERED.**

                                                                         _____

                                                      UNITED STATES MAGISTRATE JUDGE